IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KACEY B. ROUSEY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | No.  05-cv-4174-JPG |
| ) | |
| THE CITY OF JOHNSTON CITY, TONY ) | |
| L. KENDRICK, Johnston City Police Officer, ) | |
| in his individual and official capacity, ) | |
| ) | |
|     Defendants. ) | |

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                                **NORBERT JAWORSKI**

**DATED:  September 29, 2006**                        by:s/Deborah Agans, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**